**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIEGO B. RODRIGUEZ,** | : | |
| **Petitioner** | : | **CIVIL ACTION NO. 3:15-1723** |
| **v** | : | **(JUDGE MANNION)** |
| **Capt. S. SPAULDING,** | : | |
| **Respondent** | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** for this Court's lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 3, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1723-01-ORDER.wpd